UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. Z PAIGE L'ERARIO,

                Plaintiff,            23-cv-8341 (JGK)

      - against -              ORDER

CORNELL UNIVERSITY,

                Respondents.

---

JOHN G. KOELTL, District Judge:

On November 17, 2023, this Court issued an Order extending the deadline for the defendant to answer or respond to the complaint to December 20, 2023. ECF No. 11. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **January 4, 2024**. If the defendant fails to respond to the complaint by that date, a default may be entered against the defendant.

SO ORDERED.

Dated:    New York, New York
            December 22, 2023

                                            John G. Koeltl
                                    United States District Judge