UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

DR. Z PAIGE L'ERARIO,

               Plaintiff,                No. 1:23-cv-8341-JGK-SMC

    -against-

CORNELL UNIVERSITY,                   **NOTICE OF DISMISSAL WITH PREJUDICE**

              Defendant.

-------------------------------------------------------------------------------X

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dr. Z Paige L'Erario, through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant.

Dated: December 18, 2023


LAW OFFICE OF JILLIAN T. WEISS, P.C.

By: *Jillian T. Weiss*
      Jillian T. Weiss
242 Main St, No. 304
Beacon, NY 12508
(845) 709-3237
jweiss@jtweisslaw.com

*Counsel for Plaintiff*